AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br><br>JOSE GUADALUPE MUNOZ-TORRES<br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 8:25MJ558 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 7, 2025,__ in the county of __Douglas__ in the _____ District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of Removed Aliens |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Mark Lee, SA, HSI
Printed name and title

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 10/7/2025

City and state: Omaha, Nebraska

_____
Judge's signature

RYAN C. CARSON, U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JESUS GUADALUPE MUNOZ-TORRES,<br><br>　　　　　Defendant. | 8:25MJ558 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
FOR THE ARREST OF JESUS GUADALUPE MUNOZ-TORRES**

I, Mark Lee, being duly sworn, depose and state as follows:

**I.　　INTRODUCTION**

1.　　I am a Special Agent with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), Immigration and Customs Enforcement ("ICE"), and I have been personally involved in the investigation of this matter. I have been a special agent with the federal government for approximately eighteen (18) years. Prior to this, I worked as an Immigration Enforcement Agent with the Enforcement and Removal Office within ICE in Bloomington, Minnesota, for four (4) years. I have been employed by HSI since July 2007.

2.　　I am currently assigned to the HSI Omaha Field Office in Omaha, Nebraska. I am responsible for enforcing federal criminal statutes, including, among others, violations of Title 8 (Aliens and Nationality) of the United States Code (U.S.C.). I have received training and have experience relating to Federal Criminal Procedures, Federal Statutes, and U.S. Immigration and Customs regulations. My responsibilities as an HSI Special Agent include investigating criminal violations involving the immigration and nationality laws of the of the United States. As a Special Agent of HSI, I am authorized to investigate violations of laws under Title 18 (Crimes and

Criminal Procedure of the United States), and I am a law enforcement officer with authority to execute arrest, search, and seizure warrants under the authority of the United States. The information set forth in this affidavit is based on my personal knowledge, observations, and the review of documents and information obtained during this investigation. It is also based on information provided by other agencies who have participated in this investigation. Because this affidavit is for the limited purpose of establishing probable cause to support the issuance of an arrest warrant for Jesus Guadalupe MUNOZ-TORRES, it contains only a summary of relevant facts. I have not included each and every fact known to me concerning this investigation.

## II.     APPLICABLE LAW AND DEFINITIONS

3.     Title 8, United States Code, Section 1326(a), provides that any alien who:

(1) has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter;

(2) enters, attempts to enter, or is at any time found in, the United States, unless;

(A) prior to his reembarkation at a place outside the United States or his application for admission from foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission; or

(B) with respect to an alien previously denied admission and removed, unless such alien shall establish that he was not required to obtain such advance consent under this chapter or any prior Act,

shall be fined under Title 18, or imprisoned not more than 2 years, or both.

### III.     FACTS ESTABLISHING PROBABLE CAUSE

4.     Your Affiant believes Manuel GARCIA is the owner of DOS DE OROS, a mobile food truck business in Omaha, Nebraska.  Your Affiant has been investigating whether Manuel GARCIA, Guadalupe ACOSTA-MUNOZ (spouse of Manuel), Guadalupe GARCIA (mother of Manuel), Jesus Jose GARCIA (father of Manuel), Angel GARCIA (son of Manuel and Guadalupe ACOSTA), and other relatives are harboring and knowingly employing illegal aliens from Mexico and other foreign countries and obtaining their labor by force, fraud, or coercion to operate their business.  An HSI investigation indicates the GARCIAs recruit undocumented foreign nationals primarily from the area around the family's hometown in Durango, Mexico, and pay for them to be smuggled to the U.S. to work at DOS DE OROS.  The employees are responsible for paying back the smuggling fees from wages earned at DOS DE OROS. Employees typically live in houses owned by Manuel GARCIA and pay rent from wages earned at DOS DE OROS.

5.     Pursuant to the investigation of DOS DE OROS, your Affiant has identified multiple illegal alien employees at DOS DE OROS who have been previously deported from United States.  One of these employees has been identified as Jesus Guadalupe MUNOZ-TORRES.

6.     On October 7, 2025, Jesus Guadalupe MUNOZ-TORRES was arrested for immigration violations after he was encountered at his residence in Omaha, Nebraska, during the execution of a federal search warrant authorized by this Court related to the above-referenced investigation of the GARCIAs and DOS DE OROS.

7.     As part of this investigation, your Affiant reviewed the immigration file assigned to Jesus Guadalupe MUNOZ-TORRES.  MUNOZ-TORRES is assigned immigration file number A221 068 921.  The following biographical information is associated with the file:

Name: Jesus Guadalupe MUNOZ-TORRES
DOB: 06/27/2006
POB: Durango, Mexico
COC: Mexico

8. Jesus Guadalupe MUNOZ-TORRES is assigned FBI number NV5AKXPAJ. Your Affiant has reviewed the arrest record associated to this number, which shows arrests by the CBP-SPEC OP DIV/ELP Santa Teresa (U.S. Border Patrol, Santa Teresa, NM) on August 16, 2024, and by the CBP-BP HQ EL PASO (U.S. Border Patrol, El Paso, TX) on August 20, 2024, associated with immigration file number A221 068 921. Both arrests were for alien inadmissibility under section 212 (INA).

9. A review of immigration file number A221 068 921 shows Jesus Guadalupe MUNOZ-TORRES has been removed from the United States to Mexico on two (2) occasions.

10. On August 16, 2024, Jesus Guadalupe MUNOZ-TORRES illegally entered the United States near Santa Teresa, NM, and was encountered and arrested by the U.S. Border Patrol (USBP) on the same date. MUNOZ-TORRES admitted to the USBP to being a citizen and national of Mexico and illegally entering the United States without proper legal documentation. The USBP determined MUNOZ-TORRES was inadmissible to the United States under Section 212(a)(7)(A)(i)(I) of the U.S. Immigration and Nationality Act (INA), specifically an immigrant not in possession of valid entry documents required by the INA. On August 16, 2024, MUNOZ-TORRES was ordered removed under Section 235(b)(1) of the INA and was removed to Mexico from the United States at Paso del Norte, El Paso, TX, on the same date.

11. On August 18, 2024, Jesus Guadalupe MUNOZ-TORRES illegally entered the United States near Paso del Norte, El Paso, TX, and was encountered and arrested by the USPB near Clint, TX, on August 20, 2024. MUNOZ-TORRES admitted to the USBP to being a citizen and national of Mexico and illegally entering the United States without proper legal

documentation. The USBP determined MUNOZ-TORRES was inadmissible to the United States under Section 212(a)(9)(A)(ii) of the U.S. Immigration and Nationality Act (INA), specifically an immigrant previously removed who seeks admission within ten (10) years without prior authorized permission required by the INA. On August 21, 2024, the USBP reinstated MUNOZ-TORRES's prior removal order under Section 241(a)(5) of the INA, and he was removed to Mexico from the United States at Paso del Norte, El Paso, TX, on the same date.

12. Additional review of immigration file number A221 068 921 has revealed that Jesus Guadalupe MUNOZ-TORRES has not filed a DHS, U.S. Citizenship and Immigration Services (USCIS), Form I-212, Application for Permission to Reapply for Admission into the United States after Deportation or Removal. Additionally, in October 2025, your Affiant queried DHS immigration databases and indices, and there is no record of MUNOZ-TORRES having ever applied for permission to legally re-enter the United States after his last removal on August 21, 2024.

13. On October 7, 2025, Jesus Guadalupe MUNOZ-TORRES's fingerprints were obtained by law enforcement officers pursuant to his arrest and submitted to DHS databases which revealed a match to FBI number NV5AKXPAJ and immigration file number A221 068 921.

14. Title 8, United States Code, Section 1326(a) states an alien who has been removed or deported and thereafter enters or is at any time found in the United States without first obtaining the express consent of the Attorney General or her successor, the Secretary of the Department of Homeland Security, to reapply for admission, shall be guilty of a felony.

15. Based on the foregoing information and my training and experience, there is probable cause to believe that Jesus Guadalupe MUNOZ-TORRES is in violation of Title 8, United States Code, 1326(a)(1)(2).

_____
Mark Lee
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations (HSI)

Sworn to before me by telephone or other reliable electronic means:

Date: October 7, 2025

City and State: Omaha, Nebraska

_____
Ryan C. Carson, U.S. Magistrate Judge